IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **KATRINA LONG JONES** | § | Bankruptcy Case No. 14-30287 |
| | § | Chapter 13 |
| **Debtor** | § | |
| | § | |
| **NATASHA HILL,** | § | Adv. Proceeding No. 16-03235 |
| *on behalf of herself and all* | § | |
| *others similarly-situated,* | § | District Court Case No. 18-01194 |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | |
| | § | |
| **ATLAS ACQUISITIONS LLC and** | § | |
| **AVI SCHILD,** | § | |
| | § | |
| **Defendants.** | § | |

### ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, NON-TAXABLE COSTS, AND CLASS REPRESENTATIVE SERVICE AWARD

CAME ON FOR CONSIDERATION, Plaintiff's Motion for Attorneys' Fees, Non-Taxable Costs, and Class Representative Service Award (the "Motion"). The Motion stems from Class Counsel's work in connection with the settlement in the above-captioned class action proceeding. Class counsel requests that the Court award Class Counsel $240,000.00 in attorneys' fees and costs and a $5,000.00 service award to the class representative. This Court considers the pleadings filed, the evidence presented, and all relevant statutes, rules, and caselaw to determine whether Class Counsel is entitled to the attorneys' fees requested in the Motion.

The Defendants mailed notice to the class members, which appropriately apprised the class members of Class Counsel's fee request, the deadline for objecting to any part of the settlement,

and the fact that Class Counsel would file their motion for fees by July 8, 2019. Class Counsel filed their motion in support of their request for attorneys' fees and expenses on July 8, 2019. Defendants are not opposed to Class Counsel's fee and expense request.

"In a certified class action, the court may award reasonable attorneys' fees and nontaxable costs that are authorized by law or by the parties' agreement." Fed. R. Civ. P. 23(h). In particular, the Court has considered Class Counsel's lodestar calculation (i.e. reasonable hourly rates multiplied by the number of hours reasonably expended on the litigation). The Court finds that the hourly rates sought by Class Counsel are reasonable in light of Class Counsel's experience, skill, and reputation. The Court also finds that Class Counsel's lodestar calculation in the Motion is reasonable.

The Court next considers whether an adjustment to Class Counsel's lodestar is appropriate based on an analysis of the twelve factors enumerated in *Johnson v. Georgia Highway Exp., Inc.*, 488 F.2d 714, 717-719 (5th Cir. 1974). The Court has reviewed Class Counsel's fee request and finds that no enhancement or reduction of the attorneys' fees in this case is warranted. Thus, the Court finds that Class Counsel's request for $240,000.00 in attorneys' fees and costs is reasonable, as is the $5,000.00 service award for the class representative.

IT IS THEREFORE ORDERED that Class Counsel are awarded $240,000.00 in attorneys' fees and costs.

IT IS FURTHER ORDERED that class representative Natasha Hill is awarded a service award in the amount of $5,000.00.

8/30/19
DATE

The Honorable Alfred H. Bennett
United States District Judge